IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| JOSHUA STEWART SIMONS, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 3:15cv840-MHT |
| | ) | (WO) |
| CHAMBERS COUNTY CIRCUIT COURT, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining that his constitutional rights were violated during his criminal trial in state court and that he was sentenced in violation of state law.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed as the his claims are not at this time cognizable in the instant civil action.  There are no objections to the recommendation.  After an independent and de novo

review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 15th day of December, 2015.

                                 /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE